### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>*v.*<br><br>**MARCUS HEDGEPETH** | **CRIMINAL ACTION**<br><br>**NO. 22-377-KSM** |

## ORDER

**AND NOW**, this 31st day of October, 2023, upon consideration of Defendant Marcus Hedgepeth's Motion to Dismiss Indictment (Doc. No. 25) and the Government's response (Doc. No. 27), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendant's Motion (Doc. No. 25) is **DENIED**.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.